UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-200-FL

| | |
|---|---|
| SHAWNA CANNON LEMON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> MYERS BIGEL, P.A., formerly known ) <br> as "Myers Bigel & Sibley" and ) <br> "Myers Bigel Sibley & Sajovec, P.A.," ) <br> LYNNE A. BORCHERS and ) <br> UNAMED OTHERS ) <br> ) <br> Defendants. ) | DEFENDANTS' <br> MOTION TO DISMISS <br> (Fed. R. Civ. P. 12(b)(6)) |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Myers Bigel P.A. ("Myers Bigel") and Lynne Borchers ("Borchers") hereby move the Court for the entry of an order dismissing the Title VII and 42 U.S.C. § 1981 claims by Plaintiff Shawna Cannon Lemon ("Lemon") for race and gender discrimination on the grounds that they fail to state a claim upon which relief can be granted.

The grounds supporting this motion are set forth in the Memorandum of Law submitted herewith.

1

This the 6th day of August, 2018.

                                SMITH, ANDERSON, BLOUNT, DORSETT,
                                    MITCHELL & JERNIGAN, L.L.P.

By: /s/ Kerry A. Shad
     Kerry A. Shad
     State Bar No. 18410
     Post Office Box 2611
     Raleigh, North Carolina 27602-2611
     Telephone:   (919) 821-1220
     Facsimile:    (919) 821-6800
     E-Mail:       kshad@smithlaw.com
     Attorney for Defendants

CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed the foregoing document with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to the CM/ECF participants as addressed below:

J. Heydt Philbeck
Bailey & Dixon, LLP
434 Fayetteville Street, Suite 2500
Raleigh, North Carolina 27601

This the 6th day of August, 2018.

/s/ Kerry A. Shad
Kerry A. Shad
State Bar No. 18410
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
E-Mail: kshad@smithlaw.com
Attorneys for Defendants