UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHAWNA CANNON LEMON | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:18-CV-200-FL |
| MYERS BIGEL, P.A. f/k/a Myers Bigel | ) | |
| & Sibley and Myers Bigel Sibley & | ) | |
| Sajovec, PA, LYNNE A. BORCHERS, | ) | |
| and Unnamed Others | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to amend complaint and defendants' motion to dismiss plaintiff's complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 11, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 11, 2019, and Copies To:**
Brandon S. Neuman / J. Heydt Philbeck / Nathaniel J. Pencook (via CM/ECF Notice of Electronic Filing)
Isaac Augustin Linnartz /David A. Parsley / Kerry A. Shad (via CM/ECF Notice of Electronic Filing)

March 11, 2019                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk